NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE CHAMBERLAIN GROUP LLC,**

*Plaintiff-Cross-Appellant*

v.

**OVERHEAD DOOR CORPORATION, GMI HOLDINGS, INC.,**

*Defendants-Appellants*

---

2023-1794, 23-1964

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:21-cv-00084-JRG, Chief Judge J. Rodney Gilstrap.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2  CHAMBERLAIN GROUP LLC v. OVERHEAD DOOR CORPORATION

(2)  Each side shall bear their own costs.

FOR THE COURT

June 16, 2023
    Date                          /s/ Jarrett B. Perlow
                                  Jarrett B. Perlow
                                  Acting Clerk of Court


**ISSUED AS A MANDATE:** June 16, 2023